UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF MISSOURI
Northern DIVISION

Brayon Williams )
)
) **Complaint for a Civil Case**
)
)
)
)
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* ) Case No.
) *(to be assigned by Clerk of District Court)*
)
)
) Plaintiff requests trial by jury:
) ☒ Yes   ☐ No
)
)
v. )
Henry Edward Autrey )
)
)
)
)
)
*(Write the full name of each defendant. The caption must include the names of all of the parties. Fed. R. Civ. P. 10(a). Merely listing one party and writing "et al." is insufficient. Attach additional sheets if necessary.)* )
)
)
)
)
)
)

## CIVIL COMPLAINT

*NOTICE:*

*Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date, the full name of a person known to be a minor, or a complete financial account number. A filing may include only: the last four digits of a social security number, the year of an individual's birth, a minor's initials, and the last four digits of a financial account number.*

*Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.*

*In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed without prepaying fees or costs.*

**I.     The Parties to This Complaint**

    **A.     The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Brayon Williams |
| Street Address | Homeless |
| City and County | Hannibal Marion |
| State and Zip Code | Missouri 63401 |
| Telephone Number | |
| E-mail Address | Brayonwilliams302@gmail.com |

    **B.     The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Henry Edward Autrey |
| Job or Title | District Judge |
| Street Address | 10 North |
| City and County | |
| State and Zip Code | Missouri 63401 |
| Telephone Number | |
| E-mail Address | |

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant. If you are suing for violation of your civil rights, you must state whether you are suing each defendant in an official capacity, individual capacity, or both.)*

II. **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only three types of cases can be heard in federal court. Provide the information for this case. *(Include all information that applies to your case)*

A. **Federal question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

```
5 CFR 1800.2 (b)(4),18 USC 4, 21,401,402,471,472,
473,1510,1512(b),1595(A),1594,1595,1918,1922,1957, 2071,2339
(A),2339B, 14 amendment of the United States Constitution
```

B. **Suit against the Federal Government, a federal official, or federal agency**

List the federal officials or federal agencies involved, if any.

```
Henry Edward Autrey
```

C. **Diversity of Citizenship**

These are cases in which a citizen of one State sues a citizen of another State or nation, and the amount at stake is more than $75,000. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

   1. The Plaintiff(s)

      The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

      *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

If the defendant is an individual

The defendant, *(name)* _____, is a citizen of the State of *(name)* _____ Or is a citizen of *(foreign nation)* _____.

If the defendant is a corporation

The defendant, *(name)* _____.

is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____ Or is incorporated under the laws of the State of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy----the amount the plaintiff(s) claims the defendant(s) owes or the amount at stake----is more than $75,000, not counting interest and costs of court, because *(explain)*:

### III. Statement of Claim

Type, or neatly print, a short and plain statement of the **FACTS** that support your claim(s). For every defendant you have named in this complaint, you must state what he or she personally did to harm you. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Do not make legal arguments, or cite court cases or statutes. You may attach additional pages if necessary.

Your statement of claim must include all of the following information:

1. What happened to you?
2. When did it happen?
3. Where did it happen?
4. What injuries did you suffer?
5. What did each defendant personally do, or fail to do, to harm you?

```
November 18, 2024 Judge Henry Edward Autrey made a false entry
during a judicial proceeding under case number No. 2:
24-CV-00088 JSD stateing Brayon Williams was making a claim
against the Supreme Court unclearly, when the claim was against
the State of Missouri where the supreme court took actions in
conflict with our United States constitution coupled by actions
taking by Judicial officer of the Associate Judicial Circuit
Court of Adair County Missouri and failure to act by the
Attorney General of the State of Missouri in 2021, denying
Brayon Williams to suffer from a denial of his rights to the
equal protection of the Law demanded by the 14th Amendment of
the United States Constitution.
Such actions as taken by Judge Henry Edward Autrey seems to
display a disability in the form of disobediance and awareness
to the laws of this country while acting under the color of the
law, enforcing a set of legal interpretations by presenting
caselaws to undermine the Supreme Law of this country
prohibited under the 14th Amendment.
This supported a display of misconduct by judicial officers who
failed to report acts by police officers, and judicial officers
of the State of Missouri which conflicted with the laws of the
United States code and Consitution, and may possible be a form
of aid to the British rule in the United States of America,
threatening the promise made under our nations Constitution.
```

### IV. Relief

State briefly and precisely what damages or other relief you want from the Court. Do not make legal arguments.

```
I want the court to explain why we are supporting British
law when it conflicts with our United States Constitution
and why are we allowing such a rule to cause us to group
against eachother when we are supposed to be Brave and
Free.
```

5

Do you claim the wrongs alleged in your complaint are continuing to occur now?

Yes ☒   No ☐

Do you claim actual damages for the acts alleged in your complaint?

Yes ☒   No ☐

Do you claim punitive monetary damages?

Yes ☐   No ☒

If you indicated that you claim actual damages or punitive monetary damages, state the amounts claimed and the reasons you claim you are entitled to recover these damages.

```
The actions of our judicial officers are damaging our
pricipals and rights to freedom demanded by our
constitution.
```

**V.     Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __20__ day of _____11_____, 20 _24_.

Signature of Plaintiff(s) _____WILBJ_____

6

Case: 2:24-cv-00089-SRW   Doc. #: 1   Filed: 11/22/24   Page: 7 of 7 PageID #: 7